UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. _____

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| LARRY SANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF REMOVAL** |
| | ) | |
| BIBLIA, INC., owner of the towing | ) | |
| vessel JOHN PARRISH, a U.S. | ) | |
| flagged towing vessel of 76 gross | ) | |
| tons burden, Official No. 543973, | ) | |
| | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE that Defendant, Biblia, Inc. ("Defendant"), by and through undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1367, 1441, and 1446, and Rule 11 of the Federal Rules of Civil Procedure respectfully removes the above-entitled action from the Superior Court of Robeson County, North Carolina. In support of such removal, Defendant states the following:

1. On or about February 22, 2023, Plaintiff filed its Complaint in the Superior Court of Robeson County, North Carolina (File No. 23 CVS 488) ("Superior Court Action").

2. Plaintiff alleges causes of action for Negligence, Recklessness, Willful or Wanton Conduct, Gross Negligence, and Punitive Damages.

3. A copy of the Complaint was served pursuant to an Acceptance of Service dated February 27, 2023.

4. The United States District Court for the Eastern District of North Carolina

has original jurisdiction over the Superior Court Action pursuant to 28 U.S.C. §§ 1332(a), 1333, and it may be removed by Defendant pursuant to 28 U.S.C. § 1441(b) and 28 U.S.C. § 1446 for the following reasons:

a. At the commencement of this action and at all relevant times, Defendant is a Georgia corporation with its principal place of business in the State of Georgia.

b. Upon information and belief, Plaintiff is a resident of Robeson County, North Carolina.

c. The matter in controversy between Plaintiff and Defendant is one in which complete diversity of citizenship exists.

d. Defendant is filing this removal within the time period provided under 28 U.S.C. § 1446(b)(3).

e. Upon information and belief, while reserving all defenses and rights of Defendant to maintain otherwise in the defense of Plaintiff's claims, the amount in controversy between Plaintiff and Defendant in this action, exclusive of interest and costs, exceeds $75,000.00 as evidenced by:

   i. Complaint ¶ 54 (emphasis added): "[P]laintiff was seriously injured and ***nearly died;*** Plaintiff's injuries included but are not limited to injuries to his shoulder from being struck by the Barge and knocked off the Gist boat; ***drowning injuries from being trapped under the barge and forced underwater for an extended period of time including traumatic brain injury,***

*pneumonia, and near-drowning; permanent injury to his brain and potentially other permanent injuries;* post-traumatic stress disorder; physical pain; mental and emotional suffering; stress; worry; fear; shock and sadness after learning that his best friend, Tommy Gist, did not survive the Allision; past and *future medical expenses;* lost income; *loss of use of part(s) of the body*; and other harms and losses as will be showing during discovery and at trial."

    ii.  Complaint ¶¶ 60: This paragraph alleges compensatory damages in excess of $25,000, being the maximum of pleaded damages allowed under North Carolina law pursuant to N.C. Gen. Stat. § 7A-243 (2019).

    iii.  Complaint ¶¶ 61: This paragraph alleges that Plaintiff also seeks to recover punitive damages from Defendant.

    iv.  As otherwise may be shown if and as appropriate in this action.

5. The United States District Court for the Eastern District of North Carolina, Southern Division, embraces the District in which the Superior Court Action is now pending: Robeson County. Therefore, the undersigned files this Notice of Removal from the Superior Court of Robeson County, North Carolina, to the United States District Court for the Eastern District of North Carolina, Southern Division.

6. In accordance with 28 USC § 1446(a), Defendant attaches all process,

pleadings, and Orders as Exhibits hereto.

7. Written notice of the filing of this Notice will be served upon Plaintiff in this action, through counsel, as required by law.

8. A copy of this Notice of Removal is being sent for filing with the Clerk of the Superior Court of Robeson County, North Carolina, contemporaneously with the filing of this Notice of Removal.

WHEREFORE, Defendant respectfully requests that this action be removed from the Superior Court of Robeson County, North Carolina, to the United States District Court for the Eastern District of North Carolina, Southern Division, and requests that this Court assume jurisdiction over this action, and proceed to final determination thereof.

This the 28th day of February, 2023.

CRANFILL SUMNER LLP

BY: /s/ Jason R. Harris_____
JASON R. HARRIS
N.C. State Bar No. 27876
RYAN L. BOSTIC
N.C. State Bar No. 44982
5535 Currituck Dr., Suite 210
Post Office Box 1950
Wilmington, NC 28402
Phone: (910)777-6063
Fax: (910)777-6142
Email: jharris@cshlaw.com
         rbostic@cshlaw.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing *Notice of Removal* with the Clerk of Court using the CM/ECF system, and will deposit the foregoing document in the U.S. Mail addressed to the following:

Robert E. Zaytoun
Zaytoun Ballew & Taylor, PLLC
3130 Fairhill Drive
Suite 100
Raleigh, NC 27612
*Attorney for Plaintiff*

This the 28th day of February, 2023.

CRANFILL SUMNER LLP

BY:   /s/ Jason R. Harris_____
JASON R. HARRIS
N.C. State Bar No. 27876
RYAN L. BOSTIC
N.C. State Bar No. 44982
5535 Currituck Dr., Suite 210
Post Office Box 1950
Wilmington, NC 28402
Phone: (910)777-6063
Fax: (910)777-6142
Email: jharris@cshlaw.com
rbostic@cshlaw.com
*Attorneys for Defendant*